**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

WILLIAM THEO WHITE (#618978)      CIVIL ACTION NO. 16-966-P

VERSUS      JUDGE ELIZABETH E. FOOTE

B. CORLEY, ET AL.      MAG. JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DENIED** and **DISMISSED** with prejudice in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the _____ day of _____, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE